**Order entered March 19, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01350-CV**

**MIRAMAR FAIRMOUNT PARTNERS, LLC AND**
**CALABAZA HOLDINGS, LLC, Appellants**

**V.**

**2902 MAPLE, LP, ANDERS P. TING, AND COMERICA BANK, Appellees**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-10049**

**ORDER**

Before the Court is the March 12, 2020 unopposed second motion of Comerica Bank and Anders P. Ting for an extension of time to file their appellees' brief. We **GRANT** the motion and extend the time to **April 8, 2020**. We caution appellees that further extension requests will be disfavored.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE